Amy M. Samberg, Esq.
Nevada Bar No. 10212
Justin Hepworth, Esq.
Nevada Bar No. 10080
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Fax (702) 784-5252
asamberg@swlaw.com
jhepworth@swlaw.com

*Attorneys for Plaintiff Travelers Property Casualty Company of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign company,<br><br>Plaintiff,<br><br>vs.<br><br>AMICA MUTUAL INSURANCE COMPANY, a foreign company,<br><br>Defendant. | CASE NO. 2:15-cv-01420-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

WHEREAS Defendant Amica Mutual Insurance Company, through their attorneys of record, filed their Motion to Dismiss [Dkt. No. 8] on September 8, 2015;

WHEREAS counsel for Travelers are currently in trial in the Eighth Judicial District Court, which trial is expected to last through at least September 25, 2015;

WHEREAS in light of Travelers' counsel's trial commitments the parties have agreed to extend the time for Travelers Property Casualty Company of America to file a response to the Motion to Dismiss [Dkt. No. 8] to October 2, 2015, which is currently due Friday, September 25, 2015;

/ / /

/ / /

/ / /

16107385

Travelers Property Casualty Company of America v. Amica Mutual Insurance Company
Case No: 2:15-cv-01420-APG-CWH

WHEREAS the Parties understand that the Court must approve this stipulation pursuant to LR 6-1 and LR 7-1;

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that Travelers' deadline to submit a response to Amica's Motion to Dismiss [Dkt. No. 8] is hereby extended to October 2, 2015.

DATED this 23rd day of September, 2015.   DATED this 23rd day of September, 2015.

SNELL & WILMER L.L.P.   PATTON & KIRALY, P.C.

By: /s/ Justin S. Hepworth
Amy M. Samberg, NV Bar No. 10212
Justin S. Hepworth, NV Bar No. 10080
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Attorneys for Plaintiff
Travelers Property Casualty
Company of America

By: /s/ W. Randolph Patton
3016 West Charleston Blvd.
Suite 195
Las Vegas, NV 89102

Attorneys for Defendants Amica
Mutual Insurance Company

**ORDER**

IT IS SO ORDERED that Travelers shall have up to and including October 2, 2015, to file a response to Amica's Motion to Dismiss [Dkt. No. 8].

Dated: September 23, 2015.

_____
U.S. DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Justin S. Hepworth
Amy M. Samberg, NV Bar No. 10212
Justin S. Hepworth, NV Bar No. 10080
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for Plaintiff
Travelers Property Casualty Company of America

22580878.1