Amy M. Samberg
Nevada Bar No. 10212
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
7455 Arroyo Crossing, Suite 220
Las Vegas, Nevada 89113
Telephone:  702-761-6572
E-Mail: asamberg@fgppr.com
       jhepworth@fgppr.com

*Attorneys for Plaintiff Travelers Casualty Insurance Company of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMICA MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.  2:15-cv-01420-APG-CWH |

Whereas Plaintiff Travelers Casualty Insurance Company of America ("Travelers") filed its Complaint [Dkt. No. 1] against Defendant Amica Mutual Insurance Company ("Amica") seeking a declaration of rights various insurance policies and other agreements, and for contribution from Amica for a proportional share of the amount Travelers paid towards a settlement in underlying litigation.

Whereas Amica filed its Motion to Dismiss Pursuant to FRCP 12(b)(6) for Failure to State a Claim [Dkt. No. 8] ("Motion to Dismiss") in which it argues (1) Travelers' claims are barred by the applicable statute of limitation and (2) Travelers is not entitled to contribution pursuant to the terms of the various contracts among the parties.

Whereas a resolution of Amica's Motion to Dismiss will likely resolve this matter either in favor of Amica or in favor of Travelers without the need for substantive discovery.

Whereas the Motion to Dismiss is fully briefed and remains pending before the Court.

Whereas Travelers and Amica agree that any further discovery should be stayed pending resolution of the Motion to Dismiss.

Whereas Travelers and Amica further agree to submit a discovery plan and proposed scheduling order within 30 days after entry of a decision on the Motion to Dismiss in the event this matter is not resolved.

DATED this <u>1st</u> day of March, 2016.  DATED this <u>1st</u> day of March, 2016.

FORAN GLENNON PALANDECH  PATTON & KIRALY, P.C.
PONZI & RUDLOFF

By: __/s/ Justin S. Hepworth__  By: __/s/ W. Randolph Patton__
Amy M. Samberg, Esq.  W. Randolph Patton, Esq.
Nevada Bar No. 10212  Nevada Bar No. 000365
Justin S. Hepworth, Esq.  3016 West Charleston Blvd., Ste 195
Nevada Bar No. 10080  Las Vegas, NV 89101
7455 Arroyo Crossing, Suite 220
Las Vegas, Nevada 89113  *Attorney for Amica Mutual Insurance Company*

*Attorneys for Travelers Property Casualty Company of America*

**ORDER**

IT HEREBY ORDERED that any further discovery should be stayed pending resolution of the Motion to Dismiss.

IT IS FURTHER ORDERED that the parties shall submit a discovery plan and proposed scheduling order within 30 days after entry of a decision on the Motion to Dismiss in the event this matter is not resolved in its entirety.

DATED March 2, 2016

_____
UNITED STATES MAGISTRATE JUDGE