Amy M. Samberg, Esq.
Nevada Bar No. 10212
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
1 East Washington Street, Suite 500
Phoenix, AZ 85004
Telephone: 602.777.6230
Facsimile: 312-863-5099
Email: asamberg@fgppr.com

Casey G. Perkins, Esq.
Nevada Bar No. 12063
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
Email: cperkins@fgppr.com

*Attorneys for Plaintiff Travelers Property Casualty Co. of America*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMICA MUTUAL INSURANCE COMPANY, <br><br> Defendant, | Case No. 2:15-cv-01420-APG-CWH <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| AMICA MUTUAL INSURANCE COMPANY, <br><br> Counter-claimant, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA <br><br> Counter-defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Travelers Casualty Insurance Company of America ("Travelers") and Amica Mutual Insurance Company ("Amica"), by and through their respective counsel, that the above matter by dismissed with prejudice in its entirety with each party to bear their own costs and attorneys' fees.

Dated: September 19, 2017

Dated: September 19, 2017

PATTON & KIRALY, P.C.

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: _/s/ W. Randolph Patton_____
W. Randolph Patton, Esq.
3016 W. Charleston Blvd., Suite 195
Las Vegas, NV 89102

*Attorneys for Defendant Amica Mutual Insurance Company*

By: _/s/ Casey G. Perkins_____
Amy M. Samberg, Esq.
Casey G. Perkins, Esq.
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Plaintiff Travelers Property Casualty Company of America*

### ORDER

**IT IS SO ORDERED** that the above-entitled action is dismissed with prejudice; and that each party to bear their own costs and attorneys' fees incurred herein.

Dated: September 19, 2017.

_____
UNITED STATES DISTRICT JUDGE